IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 3:22-cr-0008 |
| ) | |
| **KELLY BRUNEY,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

**THIS MATTER** comes before the Court on the Report and Recommendation of the United States Magistrate Judge dated October 11, 2023, recommending that the Defendant's plea of guilty to Count One of the Indictment be accepted, and the defendant be adjudged guilty. (ECF No. 142.) After careful consideration and review, and there being no objection, it is hereby

**ORDERED** that the Report and Recommendation, ECF No. 142, is **ADOPTED;** it is further

**ORDERED** that Defendant Kelly Bruney's plea of guilty as to Count One of the Indictment is **ACCEPTED**, and that Kelly Bruney is adjudged **GUILTY** on that count; it is further

**ORDERED** that, pursuant to Fed. R. Crim. P. 32(c)(1)(A), the U.S. Probation Office shall conduct a presentence investigation for the preparation of a presentence report; it is further

**ORDERED** that the U.S. Probation Office shall disclose the preliminary presentence report to the parties no later than **December 19, 2023;** it is further

*United States v. Bruney*
Case No. 3:22-cr-0008
Order
Page **2** of **2**

**ORDERED** that the parties shall submit any objections or corrections to the preliminary presentence report to the U.S. Probation Office no later than **January 12, 2023;** it is further

**ORDERED** that the U.S. Probation Office shall disclose the final presentence report to the parties and the Court no later than **January 26, 2024;** it is further

**ORDERED** that the parties shall file their sentencing memoranda no later than **February 9, 2024;** it is further

**ORDERED** that a sentencing hearing shall be held on **February 16, 2024, at 9:30 A.M. in STT Courtroom No. 1.**

**Dated:** October 31, 2023                                      /s/ *Robert A. Molloy*
                                                                **ROBERT A. MOLLOY**
                                                                **Chief Judge**